# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-10891
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 20, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

                              Plaintiff−Appellee,

versus

DAYTON DESHAUN STEPTOE,

                              Defendant−Appellant.

_____

Appeal from the United States District Court
for the Northern District of Texas
No. 3:17-CR-390-1

_____

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Dayton Steptoe has moved to with-

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

draw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Steptoe has filed a response. The record is not sufficiently developed to allow a fair evaluation of Steptoe's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014). Steptoe's motion for appointment of new counsel on appeal is DENIED as untimely.

We have reviewed counsel's brief, relevant portions of the record, and Steptoe's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.